```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  CAELY E. FALLINI
   Certified Law Clerk
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. No. S-07-282 GGH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S EX PARTE MOTION |
| | ) | TO CONTINUE THE SUPPRESSION |
| JOSEPH CROWLEY et al., | ) | HEARING AND ORDER |
| | ) | |
| Defendant. | ) | DATE: December 3, 2007 |
| | ) | TIME: 9:00 a.m. |
| | ) | COURT: Hon. Gregory G. Hollows |

    The Government requests that the suppression hearing set for December 3, 2007, at 9:00 a.m. be rescheduled to December 10, 2007, at 9:00 a.m., for the following reason:

    The government requests this continuance because the government mistakenly informed the court that it is available on December 3, 2007, at 9:00 a.m. The Prosecutor has a final exam on that day, and the remaining four law clerks in the misdemeanor unit also have final exams on that day.

    The government contacted both defendants' counsel and advised them of the unavailability of the government, due to final exams, and requested a one week continuance of the hearing. The federal

1

defenders, representing Mr. Crowley, have stipulated to the continuance. The government has left several messages left with Mr. Holly, however the Government has not received a response from defense counsel whether he will stipulate to the continuance. The government understands that this Court's availability is limited in December and since the Honorable Gregory G. Hollows will be the duty judge in January, 2008, the government is filing this motion now in order to secure the date of December 10, 2007.

Since the Speedy Trial Act would apply to both defendants, as they are both charged with Class A misdemeanors, the Government respectfully asks this Court to exclude time pursuant to 18 U.S.C. 3161(h)(8)(B)(iv), in order to allow the Government reasonable time to prepare for the evidentiary hearing.

DATED: October 22, 2007.

                                  McGREGOR W. SCOTT
                                  United States Attorney

                            By: /S/ Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney

## O R D E R

IT IS ORDERED THAT:

Having good cause, the suppression hearing set for December 3, 2007, at 9:00 a.m. is hereby vacated and rescheduled for December 10, 2007, at 9:00 a.m.

DATED: 10/25/07

                                /s/ Gregory G. Hollows
                              _____
                              HON. GREGORY G. HOLLOWS
                              United States Magistrate Judge

crowley.ord