```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KARI L. RICCI
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-07-282 GGH |
| Plaintiff, ) | APPLICATION AND ORDER EXTENDING BY TWO-DAYS THE DEADLINE FOR FILING GOVERNMENT'S OPPOSITION TO DEFENDANTS CROWLEY AND STONER'S MOTION TO SUPPRESS |
| v. ) | |
| JOSEPH P. CROWLEY, and MARIA E. STONER, ) | |
| Defendants. ) | DATE: December 10, 2007<br>TIME: 9:00 a.m.<br>COURT: Hon. Gregory G. Hollows |

### Application

Plaintiff/respondent United States of America, by and through its undersigned counsel, respectfully applies pursuant to Local Rule 6-142 for an order extending by two court days the deadline for filing its Opposition to Defendants Crowley and Stoner's Motion to Suppress, for the following reasons:

1. The government's brief was due November 12, 2007, pursuant to a schedule established by the stipulation of the parties in consultation with the Court's clerk on September 17, 2007. November 12, 2007, was a federal holiday.

///

1

1    2.   The assigned certified student prosecutor, Caely F.
Fallini, had a conflict with the court date on September 17, 2007,
and was unable to attend.  As a result, the matter was handled by
another certified student prosecutor, Joseph M. Cook.

    3.   The briefing schedule conveyed by Mr. Cook indicated dates
of "Oct. 22, Nov. 12, Nov. 19, Dec. 3."

    4.   Both Ms. Fallini and Mr. Cook are out of the office this
week.  However, in speaking with Ms. Fallini, it appears that she
misread the due date for the Government's Response and thought it
was due on November 19, 2007.  As a result, in filing the
Government's Response on Thursday, November 15, 2007, Ms. Fallini
thought that she was filing the motion two days early.

    5.   The government does not believe the defendant will be
prejudiced by this two-day delay.

DATED:  November 20, 2007              McGREGOR W. SCOTT
                                       United States Attorney


                                       By /s/Samantha S. Spangler for
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

                        [P R O P O S E D] ORDER

    The Court hereby grant's the government's application for an
order extending by two days the deadline for filing of its
Opposition to Defendants Crowley and Stoner's Motion to Suppress.
IT IS SO ORDERED.

DATED: 11/26/07                        /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

crowley.eot

2