1  Robert M. Holley (SBN 50769)
   Attorney at Law
2  State Bar No. 50769
   331 J Street, Suite #200
3  Sacramento, California 95814
   Telephone: (916)443-2213
4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,

11         Plaintiff,                CR. NO. S-07-0282 GGH

12    vs.                            <u>STIPLUATION AND ORDER CONTINUING</u>

13 JOSEPH P. CROWLEY and             <u>MOTION HEARING DATE</u>
   MARIA E. STONER,
14
           Defendants.
15 _____/

16                    REASON FOR THE STIPULATION

17      The undersigned counsel for Ms. Stoner has recently

18 incurred a medical operation involving thyroid cancer.  He will

19 be fine but as a result of radiation therapy will not be feeling

20 normal again, or able to conduct a legally complex hearing, under

21 about January, 2008.  The prosecution has graciously agreed to

22 this stipulation.

23         Dated: December 7, 2007

24                                   <u>/s/ Robert M. Holley</u>
                                     ROBERT M. HOLLEY
25                                   Counsel for Ms. Stoner

26 /////

                                1

STIPULATION

The undersigned parties, hereto, hereby agree and stipulate that the evidentiary hearing on all motions in the above-numbered case, in the courtroom of The Honorable Gregory G. Hollows, be continued from December 10, 2007 to **2:00 p.m. on January 18, 2007 at 2:00 p.m.**

The parties further agree to excludable time through the ruling on said motions under the following code sections: Title 18 U.S.C. Section 3161 (h)(8)(iv) (reasonable time for preparation) and Section 3161(h)(i)(f) (motions pending).

Dated: December 7, 2007    /s/ Robert M. Holley, Esq.
_____
ROBERT M. HOLLEY, Esq.
Counsel for Ms. Stoner

Dated: December 7, 2007    /s/ Benjamin Galloway, by RMH
_____
BENJAMIN DAVID GALLOWAY, Esq.
Counsel for Mr. Crowley

Dated: December 7, 2007    /s/ Matthew C. Stegman, by RMH
MATTHEW C. STEGMAN, Esq.
Assistant United States Atty.
Counsel for the United States

ORDER

GOOD CAUSE APPEARING, it is so ordered.

DATED: 12/11/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

crowley.eot2

2