Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213


Attorney for Defendant MARIA E. STONER


### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 07-0282-GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING MOTION |
| v. | ) | HEARING DATE |
| | ) | |
| JOSEPH P. CROWLEY and | ) | |
| MARIA E. STONER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

———————————————————

### REASON FOR THE STIPULATION

The undersigned counsel for Ms. Stoner is recovering from thyroid cancer and is doing better every day.  On February 4, 2008 he is having one last operation on his larynx.  His voice should be almost normal after that and he will be better able to conduct this legally complex hearing.  Consequently it is hereby requested that the evidentiary hearing presently scheduled for January 18, 2008 at 1:30

////
////
////
////
////

p.m. be continued to **March 3, 2008 at 9:00 a.m.** which is a date and time cleared in the Court's calendar.  All parties have graciously agreed to this stipulation and proposed order.


**Dated: January 15, 2008**


**/s/ Robert M. Holley**

_____

ROBERT M. HOLLEY
Counsel for Ms. Stoner

**STIPULATION**

The undersigned parties, hereto, hereby agree and stipulate that the evidentiary hearing on all motions in the above-numbered case, in the courtroom of The Honorable Gregory G. Hollows, be continued from January 18, 2008 to **March 3, 2008 at 9:00 a.m.**  The parties further agree that this continuance be subject to a finding of excludable time through the ruling on said motions under the following code sections:

////
////
////
////
////
////
////
////
////
////
////

1   Title 18 U.S.C. Section 3161(h)(8)(iv) (reasonable time for

2   preparation) and Section 3161(h)(i)(f) (motions pending).

3

4          Dated: January 15, 2007          /s/ Robert M. Holley, Esq.

5                                        _____
                                         ROBERT M. HOLLEY, Esq.
6   _____     Counsel for Ms. Stoner

7

8          Dated: January 15, 2007          /s/ Benjamin Galloway, by RMH

9
                                        _____
10                                       BENJAMIN DAVID GALLOWAY, Esq.
                                         Counsel for Mr. Crowley
11

12

13
           Dated: January 15, 2007          /s/ Matthew C. Stegman, by RMH
14
                                        _____
15                                       MATTHEW C. STEGMAN, Esq.
                                         Assistant United States Attorney
16                                       Counsel for the United States

17

18

19                                ORDER

20
              GOOD CAUSE APPEARING, it is so ordered.
21

22  Dated: 01/24/08                       /s/ Gregory G. Hollows

23                                       _____
                                         U.S. Magistrate Judge
24                                       Eastern District of California

    crowley.eot3
25

26

27

28

                                  3