IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | CR. NO. S-07-0282 GGH |
|   vs. | <u>ORDER</u> |
| JOSEPH P. CROWLEY and<br>MARIA E. STONER, | |
|     Defendants. | |

      In preparing to fully explore and make a written order on defendant Stoner's motion to dismiss, the undersigned has observed the absence of a written consent to proceed before the magistrate judge along with the absence of the required advice concerning that consent. At the initial appearance, Ms. Stoner was advised concerning her right to consent, or not, and her counsel indicated that the consent papers would be signed. For whatever reason, counsel never gave the forms back to the clerk.

      Defendant Crowly has consented.

      The undersigned cannot continue to preside with respect to defendant Stoner without the required consent. Therefore, defendant Stoner shall appear before the undersigned on March 10, 2008 at 9:00 a.m. to either approve such consent or to have the case reassigned

1

1  before a district judge.  In the alternative, if defendant Stoner desires to consent, she may file the
2  consent form and information form prior to the hearing date, in which case, no appearance need
3  be made.
4            Because of the need to move this case towards dismissal or trial no extensions of
5  time will be granted.
6  DATED: 03/04/08                    /s/ Gregory G. Hollows
7                                     UNITED STATES MAGISTRATE JUDGE
8  stoner.cons