```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CAELY E. FALLINI
    Certified Law Clerk
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. S-07-282 GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO SET |
| ) | TRIAL CONFIRMATION HEARING AND |
| JOSEPH P. CROWLEY and ) | JURY TRIAL DATE |
| MARIA E. STONER, ) | |
| ) | Judge: Hon. Gregory G. Hollows |
| Defendants. ) | |
| ) | |
| _____) | |

The United States of America, by and through its attorney MATTHEW C. STEGMAN, together with defendants, JOSEPH P. CROWLEY, by and through his counsel BENJAMIN D. GALLOWAY, and MARIA E. STONER, by and through her counsel ROBERT HOLLEY, stipulate and agree to set a Trial Confirmation Hearing in case number S-07-282 GGH on April 14, 2008, at 9:00 a.m, and set the jury trial for April 28, 2008, at 9:00 a.m.  The parties further stipulate that the time period from March 13, 2008, up to and including the jury trial date of April 28, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for the parties to effectively prepare for the

1

jury trial.

    For these reasons, the defendants, defense counsel, and the government agree that additional time is required for the government and the defense to prepare for trial, and the parties agree that the requested time be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

DATE: March 19, 2008                    Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                  By:  /S/ Matthew C. Stegman
                                            MATTHEW C. STEGMAN
                                            Assistant U.S. Attorney

DATE: March 19, 2008                      DANIEL J. BRODERICK
                                              Federal Defender

                                  By:  /S/ Benjamin D. Galloway
                                            BENJAMIN D. GALLOWAY
                                            Attorney for Joseph P. Crowley

DATE: March 19, 2008              By:  /S/ Robert Holley
                                            ROBERT HOLLEY
                                            Attorney for Maria E. Stoner

                                [PROPOSED] ORDER

    While the factual basis for the request to exclude time is missing from the stipulation, it is well known to the court and the parties. First, counsel for Stoner has just recovered from a serious illness. Counsel had much catching up to do in many of his cases and to assume that he does not need extra time to prepare would be unrealistic. Indeed, the continuances of the various motions to suppress and dismiss were occasioned by such illness. Moreover, the precise type of preparation for trial could not be finalized until the court refined the issues after hearing on the motions. For example, it may well be that both defendants will need to acquire, or at least investigate the necessity for, expert witnesses in at least two separate areas. To have undertaken

\\\\\

the expense and time for acquisition of such witnesses prior to the disposition of the motions would have been unwise.[1]

DATED: 03/20/08                    /s/ Gregory G. Hollows
                                   _____
                                   United States Magistrate Judge

crowley.ord3

---

[1] Under the court's calculations, the Speedy Trial Act 70 day period in which to bring a case to trial was running from the initial appearances and entry of plea on July 30, 2007 until September 17, 2007 when both defendants informed the court that motions to suppress/dismiss would be filed, and a schedule for he motions was set.  Time was thereafter excluded until disposition of the motion on March 12, 2008.  At that time 21 days on the Speedy Trial Act clock remained.