DANIEL J. BRODERICK, Bar #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH P. CROWLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 07-282-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date:  April 14, 2008 |
| ) | Time:  9:00 a.m. |
| JOSEPH P. CROWLEY and MARIA E. ) | Judge: GREGORY G. HOLLOWS |
| STONER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

   The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendants, JOSEPH P. CROWLEY, by and through his counsel BEN GALLOWAY of the Federal Defenders Office, and MARIA E. STONER, by and through her counsel, ROBERT HOLLEY, stipulate that the jury trial set for April 28, 2008 shall be continued to June 2, 2008 at 9:00 a.m.  The trial confirmation hearing shall remain on April 14, 2008 at 9:00 a.m.  The parties further stipulate that the time period from April 14, 2008 up to and

1 including the jury trial date of June 2, 2008, should be excluded from
2 computation of the time for commencement of trial under the Speedy
3 Trial Act, based upon the need for the parties to effectively prepare
4 for the jury trial.
5    This continuance is requested for two reasons; First, defense
6 counsel needs additional time to discuss and review the case with the
7 defendants and to conduct further investigation and Second, several
8 defense witnesses must be subpoenaed and their schedules coordinated.
9    Speedy trial time is to be excluded from the date of this order
10 through the date of the jury trial set for June 2, 2008 pursuant to 18
11 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code
12 T4).
13 Dated: April 9, 2008                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ben Galloway
_____
BEN GALLOWAY
Staff Attorney
Attorney for Defendant
JOSEPH P. CROWLEY

Dated:  April 9, 2008               /s/ Robert Holley
                                    _____
                                    ROBERT HOLLEY
                                    Attorney for Defendant
                                    MARIA E. STONER

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

| | |
|---|---|
| Dated:  April 9, 2008 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Matthew Stegman |
| | MATTHEW STEGMAN<br>Assistant U.S. Attorney |

### O R D E R

IT IS SO ORDERED for the reasons stated above that the trial confirmation is set for April 14, 2008 and the jury trial will now be set for June 2, 2008 at 9:00 a.m.  Speedy trial time is to be excluded from the date of this order through the date of the jury trial set for June 2, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

| | |
|---|---|
| Dated: 04/14/08 | /s/ Gregory G. Hollows<br>United States Magistrate Court |

crowley.eot4