```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH P. CROWLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 07-282-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date:  July 7, 2008, 2008 |
| ) | Time:  9:00 a.m. |
| JOSEPH P. CROWLEY, ) | Judge: GREGORY G. HOLLOWS |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    The United States of America, through DANIEL McCONKIE, Assistant United States Attorney, together with defendant, JOSEPH P. CROWLEY, by and through his counsel, BEN GALLOWAY, Assistant Federal Defender stipulate that the jury trial set for June 2, 2008 shall be vacated and a change of plea and sentencing hearing be set for July 7, 2008 at 9:00 a.m.  Parties shall submit sentencing memorandums no later than Monday, June 30, 2008.

    The parties further stipulate that the time period from the date of this order up to and including the change of plea/sentencing hearing

date of July 7, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for the parties to obtain and prepare relevant documents and information for sentencing.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea/sentencing hearing set for July 7, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: May 16, 2008          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ben Galloway

_____
BEN GALLOWAY
Staff Attorney
Attorney for Defendant
JOSEPH P. CROWLEY

Dated:  May 16, 2008         MCGREGOR W. SCOTT
United States Attorney

/s/ Ben Galloway for

_____
DANIEL McCONKIE
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED for the reasons stated above that the jury trial set for June 2, 2008 at 9:00 a.m. will be vacated and a change of plea/sentencing hearing will be set for July 7, 2008 at 9:00 a.m. Speedy trial time is to be excluded from the date of this order through the date of the change of plea/sentencing hearing set for July 7, 2008

/ / /

/ / /

/ / /

2

pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: 05/30/08                           /s/ Gregory G. Hollows
                                          United States Magistrate Court

crowley.eot5