**FILED** 

JUL 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

VS.

CASE/CITATION NO. *2:07CR00282-GGH*

*Joseph P. Crawley*

**ORDER TO PAY**

SOCIAL SECURITY
DATE OF BIRTH: _
DRIVER'S LICENSE
ADDRESS:    ___
                ___
       CIT                    )

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: *17 July 2008*        *Joseph P. Crawley*
                             DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ ~~20~~ *390.00* ____ and a penalty assessment of $ *10.00* ____ for a TOTAL AMOUNT OF: $ *400.00* ____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____ completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

| **CENTRAL VIOLATIONS BUREAU** | **CLERK, USDC** | **CLERK, USDC** |
|---|---|---|
| PO BOX 70939 | 2500 TULARE ST., RM. 1501 | 501 I STREET, STE. 4-200 |
| CHARLOTTE, NC 28272-0939 | FRESNO, CA 93721-1322 | SACRAMENTO, CA 95814-2322 |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: *7/17/08* _____        _____
                                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                                             EDCA-3