```
 1  Robert M. Holley
    Attorney at Law
 2  State Bar No. 50769
    331 J Street, Suite 200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4
    Counsel for Maria Stoner
 5
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. No. 2:07-CR-0282 GGH |
| ) | |
| Plaintiff,  ) | STIPULATION AND |
| ) | ORDER CONTINUING TRIAL |
| v.  ) | |
| ) | |
| MARIA E. STONER,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

### BACKGROUND AND DECLARATION OF COUNSEL

MS. STONER, defendant herein, in the above-numbered action is presently facing trial for five serious misdemeanor charges. The trial is scheduled for August 18, 2008.

In accordance with a medical report received from Dr. Suketu Khandhar of the Kaiser "Neurology Clinic,"[1] approximately two weeks ago in late July 2008, Ms. Stoner was home when she opened a can of soda.

> When bringing it up to her mouth to sip, she began to tremor in the Rt hand. She tried to mimic the tremor. It resembled wild flailing movement. She was not able to drink. The

---

[1] Counsel has a copy of the private medical report and will make it available to the court or counsel upon request.

1       episode lasted 10 minutes."

2       Apparently Kaiser is monitoring the situation. Ms. Stoner is
3 scheduled for an EKG on August 13, 2008. I, as Ms. Stoner's counsel,
4 have been in daily contact with the medical practitioners at Kaiser.
5 While it does not appear that the medical experts know what it is that
6 is causing the tremors, both Dr. Khandhar's report and information from
7 Ms. Stoner's family practitioner, Dr. Eduardo Soria Bermudez, M.D.
8 appear to be in agreement that Ms. Stoner is likely depressed and that
9 this depression needs to be "aggressively addressed." As Ms. Stoner's
10 counsel, I agree. I have not had a single meeting with Ms. Stoner when
11 she did not break down in tears.

12       On July 29, 2008, Dr. Bermudez wrote a letter addressed to:
13 "To whom it may concern" saying simply:

14     Maria Stoner is a patient of mine. She is currently
    undergoing medical tests. Please excuse her for Jury Trial
15     until October 2008.

16     Hopefully he is presently augmenting this letter with some further
17 clarification and counsel will make it available if and when it is
18 received is so requested. It is my understanding that Dr. Bermudez is
19 referring Ms. Stoner to the psychiatric department at Kaiser to address
20 her depression.

21     In any event it does not appear that Ms. Stoner is in either a
22 physical or mental condition to withstand jury trial at the present
23 time. I have kept the court and the U.S. Attorney's Office apprised of
24 the situation as it has been unfolding.

25     We are very grateful for both the Court's and the U.S. Attorney's
26 compassion and understanding with regard to Ms. Stoner's condition. At
27 the present time November 3, 2008 appears to be the first available
28 date convenient for the witnesses, both counsel, and the Court.

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel as set forth below that the jury trial presently scheduled for August 18, 2008 at 9:00 a.m. be continued to **Monday, November 3, 2008 at 9:00 a.m.** (with in limine motions to be heard at that time).  In accordance with the Court's previous order, proposed voir dire and jury instructions shall be filed no later than one week prior to trial, that is on or before Monday, October 27, 2008. Trial briefs including any motions-in-limine shall also be filed on or before October 27, 2008 with responses to motions-in-limine filed not later than October 30, 2008.

It is stipulated that time is excluded pursuant to the Federal Speedy Trial Act up to and through November 3, 2008 in the interest of justice (Local Code T-1) and pursuant to Title 18 U.S.C. Section 3161(h)(4), due to the fact that the defendant is presently physically unable to stand trial.

**Dated:   August 11, 2008**

/s/ *Robert M. Holley*
_____
**Robert M. Holley
Counsel for Maria Stoner**

/s/ *Daniel McConkie (by rmh)*
_____
**Mr. Daniel McConkie
Assistant U.S. Attorney**

**ORDER**

**It is So Ordered.**

**Dated: 08/13/08**

/s/ *Gregory G. Hollows*
_____
**Hon. Gregory G. Hollows
U.S. Magistrate Judge**

stoner.eot

3