1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,      )
10                                 )    CR. No. S-07-282 GGH
                    Plaintiff,     )
11                                 )
           v.                      )
12                                 )    STIPULATION AND ORDER
   MARIA STONER,                   )    CONTINUING TRIAL DATE AND SETTING
13                                 )    NEW TRIAL SCHEDULE
                                   )
14                  Defendant.     )
   _____)
15

16      It is hereby stipulated between the parties, Plaintiff United

17  States of America, by and through United States Attorney McGregor W.

18  Scott and Assistant United States Attorney Daniel S. McConkie, and

19  Defendant Maria Stoner through her attorney Robert M. Holley as

20  follows:

21      It is agreed that the current trial date of November 3, 2008 be

22  vacated and a new trial date of February 2, 2009, at 9:00 a.m. and

23  new trial confirmation date of January 9, 2009, at 2:00 p.m. be set.

24      The continuance of the jury trial is necessary for several

25  reasons. First, a February trial date is necessary for the

26  continuity of both trial counsel. Counsel for the government is

27  currently on family medical leave (due to the birth of a child) and

28  will be for several weeks, making adequate preparation for the trial

                                    1

impractical. Counsel for the defense faces health challenges and medical procedures which prevent him from adequately preparing for and participating in a November jury trial.  Second, the continuance will allow both trial counsel to provide each other with Rule 16 discovery of expert testimony related to the defendant's intoxication, which is anticipated to be a central issue.

Accordingly, the parties jointly request a new trial date of February 2, 2009 (with in limine motions to be heard at that time) and new trial confirmation date of January 9, 2009, and that the time period from November 3, 2008, to and including February 2, 2009, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and continuity of counsel and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

The parties also jointly agree that the following shall be

filed no later than January 26, 2009: proposed voir dire, proposed substantive and tailored procedural jury instructions, trial briefs, and motions in limine. Any responses shall be filed no later than January 29, 2009.



 

McGREGOR W. SCOTT
United States Attorney

Dated: October 12, 2008         /s/ Daniel S. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff


Respectfully submitted,

Dated: October 12, 2008         /s/ Robert M. Holley
ROBERT M. HOLLEY, ESQ.
Attorney for Defendant
Maria Stoner


**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:10/21/08

                       /s/ Gregory G. Hollows

                       GREGORY G. HOLLOWS
                       United States Magistrate Judge

stoner.eot2