BENJAMIN B. WAGNER
United States Attorney
DANIEL McCONKIE
Assistant U.S. Attorney
NATHANIEL CLARK
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. 2:07-cr-282-FCD |
|---|---|---|
| Plaintiff, | ) ) | ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON |
| vs. | ) ) | BEHALF OF THE GOVERNMENT |
| MARIA E. STONER, | ) ) | DATE:    April 26, 2010 TIME:    10:00 a.m. |
| Defendant. | ) ) | JUDGE:  Hon. Frank C. Damrell, Jr. |

Under Local Rule 83-181, the Government's request for permission for NATHANIEL CLARK, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the Government is granted.

IT IS SO ORDERED.

DATED: March 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE